**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ACUNA, | CASE NO. CV 14-05664 RGK (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| C. E. DUCART, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of EDWARD ACUNA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 14, 2015

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE